UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,

            -against-

KALAMINSKY HARRIS,

                          Defendant.
----------------------------------------------------------------x

13 CR 678 (KMW)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on December 5, 2014;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
          April 2, 2015

                                              KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE

Copies of this Order have been forwarded to counsel for the respective parties.